# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0328
LT Case Nos. 2023-31006-CJCI
2024-10118-CJCI
2024-10455-CJCI
2024-11540-CJCI

_____

A.S., A CHILD,

　Appellant,

　v.

STATE OF FLORIDA,

　Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Joan Anthony, Judge.

Matthew J. Metz, Public Defender, and John Selden,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kurt T.
Koehler, Assistant Attorney General, Daytona Beach, for
Appellee.

October 14, 2025

PER CURIAM.

　AFFIRMED.

WALLIS, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____